# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'25 MAR 27 AM10:08
KM

_Denis Clay Sharpless_
Plaintiff

v.

_Fedral DRESS Code_
Defendant

**3-25** CV 0748-L

Civil Action No.

## COMPLAINT

I Been THERE
CITY DRPESS Code CITY Jail
OUt SIDE TRSTY JumpSuiT, TAK.
TAKe up underware, THm Away Force
To keep JumSuTT ON
Gerge ALLEN CourTHOUES; INSTED OF
DALLAS County Jail; CHage JumpSuit To
INmate, Fedral Inmate, Convitce To
STAFF (TRUSY)

\* Attach additional pages as needed.

| | |
|---|---|
| Date | A4G |
| Signature | Denis Clay Sharpless |
| Print Name | DennIS CLAY SHARPLESS |
| Address | 200 west Clandon |
| City, State, Zip | DALLAS, TEXAS 75208 |
| Telephone | NoNe |

Lew stesuit: CHANGE Jump Suit FRon DALLAS county Jail (TRUST T) PRISoneR PersonAL, other PREsoner SAME as other TAke up underwear FoR keep oR Force To keep Jumpsuit on